IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CLARENCE MASON                                           PLAINTIFF
ADC #154088

v.                      No: 5:19-cv-68 DPM

OWNERY, Lieutenant, ADC;
EASOM, Corporal, ADC; WENDY
KELLY, Director, ADC; and ATKINS,
Major, Arkansas Department of Correction           DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Mason hasn't updated his address; his mail is still being returned undelivered. № 8–9. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 May 2019