# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CLARENCE MASON                                              PLAINTIFF
ADC #154088

v.                       No: 5:19-cv-68 DPM

OWNERY, Lieutenant, ADC;
EASOM, Corporal, ADC; WENDY
KELLY, Director, ADC; and ATKINS,
Major, Arkansas Department of Correction        DEFENDANTS

## JUDGMENT

Mason's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 May 2019